UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:14cv449

Name of party requesting extension: General Electric Company

Is this the first application for extension of time in this case?  ☐ Yes
☑ No

If no, please indicate which application this represents: ☑ Second
☐ Third
☐ Other _____

Date of Service of Summons: May 23, 2014

Number of days requested: ☐ 30 days
☑ 15 days
☐ Other _____ days

New Deadline Date: 07/29/14    *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Robert James McAughan, Jr.
State Bar No.: 00786096
Firm Name: Sutton McAughan Deaver PLLC
Address: 3 Riverway
Suite 900
Houston, Texas 77056
Phone: 713 800-5700
Fax: 713 00-5699
Email: bmcaughan@smd-iplaw.com

A certificate of conference does not need to be filed with this unopposed application.