**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **PRESQRIBER, LLC** <br>         Plaintiff, <br><br>         v. <br><br> **GENERAL ELECTRIC COMPANY.** <br>         Defendant. | Civil Action No. 6:14-CV-449 |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND**

Defendant was served with the Summons on May 23, 2014. Defendant previously requested a 30 day extension in a First Unopposed Application for Extension of Time and a 15 day extension in a Second Unopposed Application for Extension of Time. Defendant's current response date is therefore July 29, 2014.

Defendant respectfully requests that the Court grant an extension of time in which to answer or otherwise respond to Plaintiff's Complaint. Defendant requests an additional 30 days until August 28, 2014. Defendant has discussed the extension with Plaintiff's counsel and it is unopposed.

Since the Complaint was served, counsel for Plaintiff and Defendant have been working to discuss potential resolutions of the claims advanced in Plaintiff's Complaint and Defendant's anticipated defenses. Complicating the discussions is the fact that there are different accused systems, with different component suppliers and vendors, and the potential confidentiality issues entailed by such a situation. However, the Parties believe that there is potential for an agreed resolution or narrowing or clarification of the issues in dispute. The parties and their counsel believe that the extension requested herein will promote these goals.

A proposed Order is attached.

Dated: July 29, 2014              Respectfully submitted,

*/s/ David L. Terrell*
Robert J. McAughan
David L. Terrell
Sutton McAughan Deaver PLLC
3 Riverway, Suite 900
(713) 800-5700 (telephone)
(713) 800-5699 (facsimile)
bmcaughan@smd-iplaw.com
dterrell@smd-iplaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 29, 2014 the foregoing:

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

was served on the following counsel of record via ECF and via electronic transmission:

Craig Tadlock
John J. Harvey, Jr.
Keith Smiley
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093

*/s/ David L. Terrell*.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **PRESQRIBER, LLC**<br>      Plaintiff,<br><br>      v.<br><br>**GENERAL ELECTRIC COMPANY.**<br>      Defendant. | **Civil Action No. 6:14-CV-449** |

**[PROPOSED] ORDER ON
DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

The Court has considered Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Respond and finds that it should be granted. Accordingly, it is hereby ORDERED that Defendants shall have until August 28, 2014 to answer or otherwise response to Defendant's complaint.

                              SO ORDERED:

                              _____