**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **PRESQRIBER, LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**GENERAL ELECTRIC COMPANY,**<br><br>                    Defendant. | Case No. 6:14-cv-449<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff Presqriber, LLC ("Presqriber") and Defendant General Electric Company ("GE") file this agreed motion to dismiss with prejudice.  The parties have agreed to settle all claims in the above-captioned action.  The parties, therefore, move this Court to dismiss this action and all claims by Presqriber against GE made therein, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

Wherefore, Plaintiff Presqriber respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

Dated:  September 30, 2014              Respectfully submitted,


                                         */s/ Craig Tadlock*
                                        Craig Tadlock
                                        State Bar No. 00791766
                                        John J. Harvey, Jr.
                                        State Bar No. 09179770
                                        Keith Smiley
                                        State Bar No. 24067869
                                        TADLOCK LAW FIRM PLLC
                                        2701 Dallas Parkway, Suite 360
                                        Plano, Texas 75093

903-730-6789  
craig@tadlocklawfirm.com  
john@tadlocklawfirm.com  
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Presqriber, LLC*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on September 30, 2014, I conferred by email with counsel for Defendant. Defendant's counsel has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

*/s/ Keith Smiley*  
Keith Smiley

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 30th day of September, 2014.

*/s/ Craig Tadlock*  
Craig Tadlock